B280 (Form 280) (10/05)

# United States Bankruptcy Court

**FILED**

EASTERN District Of WISCONSIN

2011 SEP -9 PM 2: 27

In re Janilia Gadney
Debtor

Case No. 11-33432

U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WI

Chapter 13

## DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

*[This form must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services I have agreed to accept................ $ 0

   Prior to the filing of this statement I have received........................... $ 0

   Balance Due............................................................................................ $ 0

2. I have prepared or caused to be prepared the following documents (itemize): Voluntary Petition, Exhibit D, Summary of Schedules, Schedules A-J, Declaration of Schedules, Statement of Financial Affairs, Statement of SSN, Means Test, and provided the following services (itemize): Application of Fee Installments

3. The source of the compensation paid to me was:
   ☐ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☐ Debtor          ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME
x _Gaynor Morrison_
Signature

Gaynor Morrison
Printed name and title, if any, of Bankruptcy
Petition Preparer
Address: 5401 N 76th 101
Milwaukee, WI 53218

SOCIAL SECURITY NUMBER
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
Social Security number of bankruptcy
petition preparer (If the bankruptcy
petition preparer is not an individual,
state the Social Security number of the
officer, principal, responsible person or
partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

9-4-11
Date

---

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*