IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: November 02, 2011



Honorable Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:
    Jamilla S. Gladney,                              CASE NO.: 11-33432-mdm
                                                           (Chapter 13)
              DEBTOR.

**ORDER FOR PENALTIES, CIVIL CONTEMPT AND ENJOINING GAYNOR
MORRISON FROM ACTING AS A BANKRUPTCY PETITION PREPARER
UNTIL FURTHER ORDER OF THE COURT**

On September 21, 2011, the Court issued an Order for Gaynor Morrison to appear before the Court on October 20, 2011 at 1:00 p.m. and show cause why his bankruptcy petition preparer's fees in this case should not be disgorged and why further sanctions should not be imposed. After due and proper notice, on October 20, 2011, the Court held a hearing on its Order to Show Cause. No objection to the motion was timely filed, and no appearance was made by Gaynor Morrison. The appearances were: Attorney Amy J. Ginsberg for the United States Trustee. After considering the record in this case and the arguments of counsel, and for reasons more fully set forth on the record, the Court makes the following findings of fact and conclusions of law:

Attorney Amy J. Ginsberg
Office of the United States Trustee
517 E. Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
(414) 297-4499 Fax (414) 297-4478

1. The fee received from debtor Jamilla Gladney having been found in excess of the value of any services rendered by the petition preparer, Gaynor Morrison shall immediately turn over $500 to Ms. Gladney as her actual damages caused by the dismissal of her bankruptcy case prepared by Mr. Morrison. 11 U.S.C. § 110(i)(1)(A). Mr. Morrison shall pay Ms. Gladney $500 within 30 days of the entry of this order.

2. The bankruptcy petition preparer, Gaynor Morrison, having prepared a document for filing and failed to provide a correct identifying number as required by 11 U.S.C. §§ 110(c)(1) and (c)(2)(A), is fined $500 under 11 U.S.C. § 110(l)(1). This fine is payable to the United States Trustee for the Eastern District of Wisconsin.

3. The bankruptcy petition preparer, Gaynor Morrison, having prepared a document for filing and failed to place on the document, after the preparer's signature, her social security number as required by 11 U.S.C. § 110(c)(1), is fined $500 under 11 U.S.C. § 110(l)(1).

**FURTHER**, the Court is satisfied that notice and service upon Gaynor Morrison was both effective and sufficient and Gaynor Morrison failed to appear and show cause why additional sanctions should be ordered. The Court hereby finds that Gaynor Morrison failure to disclose an accurate identifying number that this Court hereby enjoins Gaynor Morrison from providing bankruptcy petition preparer services in the Eastern District of Wisconsin until he appears before the Court and explains: (1) why the identifying number on Ms. Gladney's petition is not accurate; and, (2) provides the Court with an accurate identifying number.

**FURTHER,** this Court finds that Gaynor Morrison's failure to appear before the Court is willful and finds Gaynor Morrison in civil contempt of the Court's order to appear and show cause.

**IT IS HEREBY ORDERED** that these factual findings are certified to the District Court for consideration of whether sanctions should be imposed upon Gaynor Morrison for criminal contempt.

The Clerk of Bankruptcy Court is **DIRECTED** to transmit to the District Court the record in connection with this case.

#####